IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

      v.                                                      Criminal No. 3:23cr137 (DJN)

JOHN GIBSON,
      Defendant.

**ORDER**
**(Denying Motion to Permit Self-Reporting)**

This matter comes before the Court on Defendant John Gibson's ("Defendant") Motion to Permit Self-Reporting. (ECF No. 32 ("Motion").) Upon review, the Court determines that Defendant's Motion lacks merit. Accordingly, the Court hereby DENIES Defendant's Motion (ECF No. 32). Defendant shall be prepared to be remanded to the custody of the United States Marshal at the time of his sentencing hearing.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                      /s/
                                          David J. Novak
                                          United States District Judge

Alexandria, Virginia
Dated: September 23, 2024