# SENTENCING MINUTES

DATE: September 25, 2024   CASE NUMBER: 3:23CR137(DJN)

JUDGE: David J. Novak, USDJ   CT REPORTER: Ruth Levy, OCR

INTERPRETER: _____

UNITED STATES OF AMERICA                Timothy Belevetz, AUSA

v.                                       COUNSEL
                                         AVISHEK PANTH
John Gibson                              KENNETH R. SIMON, JR, ESQ.

SENTENCING ON COUNT(S): 1
( ✓ ) Criminal Information
(   ) Indictment  (   ) Superseding Ind.

PRELIMINARY MATTERS: Victims NOTIFIED. Court address loss v. INTENDED loss w/GOVT. Downward departure motion DENIED. Variance GRANTED.

OBJECTIONS TO PSR: Adopted as written

STATEMENTS MADE BY: GOV'T ( ✓ )  DEFENSE COUNSEL ( ✓ )  DEFT ( ✓ )

ON MOTION OF GOV'T, (   ) INDICTMENT (   ) REMAINING CTS. DISMISSED.

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**

ON October 28, 2024       BY: NOON
( ✓ ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND
DEFT AGREES TO APPEAR AS Directed

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today  ( ✓ )

DEFT REMANDED TO CUSTODY (   )

CASE SET: 2:00   BEGAN: 2:00   ENDED: 3:00   TIME IN COURT: 1:00

**SENTENCE TEXT**

COUNT __1__    IMPRISONMENT __43__ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE ( ✓ )

SUPERVISED RELEASE __3__ YEARS

PROBATION _____ YEARS

FINE $ __4,600.00__    ( ) Fine not imposed

SPECIAL ASSESSMENT $ __100.00__ due immediately

COUNT _____    IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS    CONCURRENT ( )

PROBATION _____ YEARS    CONCURRENT ( )

FINE $ _____    ( ) Fine not imposed

SPECIAL ASSESSMENT $ _____ due immediately

COUNT _____    IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS    CONCURRENT ( )

PROBATION _____ YEARS    CONCURRENT ( )

FINE $ _____    ( ) Fine not imposed

SPECIAL ASSESSMENT $ _____ due immediately

CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ( )

RESTITUTION ORDERED: _____

RECOMMENDATION(S) TO BOP:  located in Chipley Florida
( ✓ ) Designate dft. to a facility near family   ( ) Designate dft. to _____ FCI
( ) SHOCK Incarceration Program    ( ) BRAVE Program
( ) Educational / Vocational training    ( ) BOP 500-hr intensive drug treatment program
( ) UNICOR program   ( ) with _____ portion of earnings directed to child support
( ) OTHER: _____

**SPECIAL CONDITIONS of Probation / Supervised Release:**

____✓__(1) Incur no new credit without approval of probation officer
____✓__(2) Provide probation officer with access to financial information
_____(3) Perform community service _____ HOURS during period of supervision
____✓__(4) Participate in drug/alcohol treatment; partial Pay cost of treatment
_____(5) Participate in mental health treatment; _____ Pay cost of treatment
            _____ Participate in anger management
_____(6) Participate in home confinement program for _____ with monitoring
            _____ Permitted to work, attend church, or other approved activities
            _____ Maintain telephone without special features; no cordless phone
            _____ Pay costs of electronic monitoring
_____(7) Placement in a Community Confinement Center for _____ (term)
_____(8) Defendant to be surrendered to BICE for deportation proceedings
            _____ If deported, defendant to remain outside the United States
_____(10) Mandatory drug testing waived
            _____ Probation officer may still administer drug test if deemed appropriate
_____(11) Pay child support in amount ordered by social services or Court
_____(13) Serve intermittent confinement on weekends for a period of _____ DAYS
_____(14) No possession of pager, cellular telephone, or other handheld communication device
____✓__(15) Defendant shall pay any balance owed on the S/A imposed by the Court  [one five]
            ____✓__ Pay in installments of not less than $ 150.00 per month,
            to begin 30 / (60) days after start of supervision until paid in full
____✓__(16) Waive all rights of confidentiality regarding mental health treatment
            (or other treatment) to allow release of information to Probation, etc.
_____(17) Commencing _____, and continuing for _____, defendant may
            operate a motor vehicle only for purposes of work and court, including travel to
            the Probation Office and alcohol treatment program
____✓__(18) Defendant to apply monies received from tax refunds, lottery winnings, and any
            anticipated or unexpected financial gains to the Court-ordered financial obligation

_____(---) **Other special conditions:**

_____

_____

_____

_____